IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**ANDRE KEITH DODDS**                                                                                   **PETITIONER**
Reg #24194-009

VS.                         CASE NO.: 2:14CV00077 JLH/BD

**C.V. RIVERA, Warden,**
Federal Correctional Complex,
Forrest City, Arkansas                                                                                  **RESPONDENT**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommendation, the Court concludes that it should be, and hereby is, approved and adopted as this Court's findings in all respects.

Petitioner Andre Keith Dodds's petition for writ of habeas corpus (#1) is DISMISSED without prejudice, this 29th day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE