# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**ANDRE KEITH DODDS**                                                                                      **PETITIONER**
**Reg #24194-009**

**VS.**            **CASE NO.: 2:14CV00077 JLH/BD**

**C.V. RIVERA, Warden,**
**Federal Correctional Complex,**
**Forrest City, Arkansas**                                                                                   **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, this 29th day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE